To: 4074555166   From: State Farm   Fax: ISC East FOIP   Powered by KOFAX at: 16-10-04-16:34  Doc: 366  Page: 007

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## IN AND FOR BREVARD COUNTY, FLORIDA
## CIVIL DIVISION

BRANDON MILLIGAN,

    Plaintiff,                                Case No.:

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, BRANDON MILLIGAN, by and through the undersigned counsel, and sues Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and alleges as follows:

1. This is an action for damages which exceeds Fifteen Thousand ($15,000.00) Dollars, exclusive of costs and interests.

2. On or about July 15, 2014, at or near the intersection of Baytree Drive and N. Wickham Road, Melbourne, Florida, an uninsured/underinsured tortfeasor negligently operated or maintained a motor vehicle so that it collided with Plaintiff's motor vehicle.

3. As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.



EXHIBIT A

To: 4074555166   From: State Farm   Fax: ISC East FDIP   Powered by KOFAX? at: 16-10-04-16:34 Doc: 366 Page: 008

5. At all material times, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, was a foreign corporation licensed to and doing business in the State of Florida.

6. Plaintiff, BRANDON MILLIGAN, was covered under a contract of automobile insurance by Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, which policy number 957141059D included uninsured/underinsured motorist coverage for bodily injuries and losses sustained as result of an uninsured/underinsured tortfeasor. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, is in possession of the policy. A copy of which is enclosed hereto as "Exhibit "A".

7. Plaintiff, BRANDON MILLIGAN, is entitled to benefits under the uninsured motorist coverage with Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

8. Plaintiff, BRANDON MILLIGAN, has complied with all conditions precedent to the bringing of this lawsuit.

WHEREFORE, Plaintiff, BRANDON MILLIGAN, demands a trial by jury and judgment for damages against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, for an amount within the jurisdictional limits of this Court, to wit: More than Fifteen Thousand ($15,000.00) Dollars plus costs, and for such other relief to which the Plaintiff may be justly entitled.

DATED in this ____ day of August, 2016.

DAVID D. NEISER, B.C.S.
FBN: 0747645
MATTHEW A. DOLMAN, ESQUIRE

To: 4074555166  From: State Farm  Fax: ISC East FOIP  Powered by KOFAX at: 16-10-04-16:34  Doc: 366  Page: 009

FBN: 0729221 / SPN: 02964416
**DOLMAN LAW GROUP**
1663 1st Avenue South
St. Petersburg, FL 33712
Telephone: (727) 451-6900
Facsimile: (727) 451-6907
Rule 2.156 Email: pleadings@dolmanlaw.com
*Attorneys for Plaintiff*