IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LESLIE MILLIGAN,                              Case No.: 6:16-CV-01889-Orl-28CI

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant/Third Party Plaintiff.

vs.

MICHAEL J. ROSNER, M.D. and
FLETCHER HOSPITAL, INC., d/b/a
PARK RIDGE HOSPITAL

    Third Party Defendants,
_____/

## NOTICE OF SETTLEMENT PENDING PROBATE APPROVAL OR AGREEMENT BETWEEN ESTATE BENEFICIARIES AND WRONGFUL DEATH SURVIVORS

Plaintiff, LESLIE MILLIGAN ("MILLIGAN") hereby files this Notice of Settlement Pending Probate Approval or Agreement Between Estate Beneficiaries and Wrongful Death Survivors and advises the Court that MILLIGAN and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM") met, conferred, and arrived at a mutually agreeable resolution of all claims between MILLIGAN and STATE FARM.

Plaintiff and Defendant are in the process of finalizing the settlement details. Of significance, since settlement involves the Estate of Brandon Milligan, Probate Court approval of the settlement terms may be required. As such, the Parties respectfully request the Court allow one hundred twenty (120) days to finalize the terms of settlement, incorporate same into releases, conclude Probate proceedings involving settlement, and file Joint Stipulations of Dismissal with

Prejudice. MILLIGAN further requests all deadlines, including deadline for mediation, be stayed pending conclusion of settlement.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided via electronic mail this _____ day of June, 2018 to: Dale T. Gobel, Esq., Gobel Flakes, LLC, 189 S. Orange Avenue, Ste. 1430, Orlando, FL 32801 (dgobel@gobelflakes.com, macosta@gobelflakes.com, gbest@gobelflakes.com), John W. Bocchino, Esq., Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A., Landmark Center One, Ste. 510, 315 E. Robinson Street, Orlando, FL 32801 (jwb@law-fla.com), Jacqueline D. Grant, Esq., Jacqueline D. Grant, Roberts & Stevens, P.A., P.O. Box 7647, Asheville. NC 28802 (jgrant@roberts-stevens.com) and J.Charles Ingram, Esq., Estes, Ingram, Foels & Gibbs, P.A., 2600 Lake Lucien Drive, Suite 330, Maitland, FL 32751 (jci@eifg-law.com, pbp@eifg-law.com).

_____
DAVID D. NEISER, ESQUIRE
FBN: 0747645
**DOLMAN LAW GROUP**
800 N. Belcher Road
Clearwater, FL 33765
Telephone:   (727) 451-6900
Facsimile:    (727) 451-6907
Rule 2.156 Email: pleadings@dolmanlaw.com
*Attorneys for Plaintiff*