# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LESLIE MILLIGAN,

    **Plaintiff,**

v.                                 Case No: 6:16-cv-1889-Orl-28DCI

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    **Defendant/Third Party Plaintiff,**

FLETCHER HOSPITAL, INC. and
MICHAEL J. ROSNER, M.D.,

    **Third Party Defendants.**

## ORDER

This case is before the Court on the Motion to Dismiss Amended Third-Party Complaint filed by Third-Party Defendant Fletcher Hospital, Inc. (Doc. No. 62). The assigned United States Magistrate Judge has submitted a Report (Doc. 79) recommending that the motion be granted in part and denied in part as moot. No objections have been filed to the Report and the time to do so has passed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation (Doc. No. 79) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Third-Party Defendant Fletcher Hospital, Inc.'s Motion to Dismiss Amended Third-Party Complaint (Doc. No. 62) is **GRANTED** to the extent that the claims against Fletcher Hospital, Inc. d/b/a Park Ridge Hospital are dismissed for lack of personal jurisdiction. The Motion (Doc. 62) is **DENIED as moot** in all other respects.

3. The Clerk is directed to terminate Fletcher Hospital as a party to this action.

**DONE** and **ORDERED** in Orlando, Florida, on July 7th, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record