**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LESLIE MILLIGAN,

    Plaintiff,

v.                                                              Case No: 6:16-cv-1889-Orl-28DCI

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant/Third
    Party Plaintiff,

MICHAEL J. ROSNER, M.D.,

    Third Party
    Defendant.

_____

## ORDER

    Plaintiff and Defendant's Notice of Settlement Pending Probate Approval asks the Court to stay this case pending approval from the Probate Court. (Doc. 86). Third-Party Defendant Michael J. Rosner, M.D. has no objection to a stay. (Doc. 89). Accordingly, this matter is stayed for a period of one hundred and twenty days. Plaintiff and Defendant shall file a joint report on or before November 16, 2018 as to the status of the settlement. The Clerk is directed to administratively close this file.

    **DONE** and **ORDERED** in Orlando, Florida, on July ___, 2018.

                                                            JOHN ANTOON II
                                                            United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties