IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDON MILLIGAN,

    Plaintiff,                                        Case No.: 6:16-CV-01889-Orl-28DCI

vs.

STATE FARM MUTUAL MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant/Third Party Plaintiff

MICHAEL J. ROSNER, M.D.

    Third Party Defendant.
_____/

## PARTIES REPORT AS TO STATUS OF SETTLEMENT

1. On June 27, 2018, the undersigned filed a Notice of Settlement Pending Probate Approval.

2. The pending Probate matter has now concluded. Plaintiff's pending settlement with Defendant State Farm has concluded and the executed release has been returned to counsel for State Farm.

3. The undersigned counsel is in the process of preparing and circulating a Joint Stipulation for Dismissal of its action against State Farm.

4. The undersigned for Plaintiff seeks an extension of twenty 20 days to conclude and dismiss Plaintiff's action against State Farm.

5. As to the third-party action between Defendant State Farm and Third-Party Defendant, Defendant State Farm intends to include a stipulation for dismissal at or near the time

when Plaintiff files his stipulation for dismissal of his claims, thus requesting dismissal by the Court of all claims at that time.

6.  Counsel for parties have reviewed this report and have no objection to same.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided via electronic mail this 22 day of February, 2019 to: Dale T. Gobel, Esq., Gobel Flakes, LLC, 189 S. Orange Avenue, Ste. 1430, Orlando, FL 32801 (dgobel@gobelflakes.com, macosta@gobelflakes.com, gbest@gobelflakes.com, mconcepcion@gobelflakes.com), John W. Bocchino, Esq., Kyle Morat, Esq., Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A., Landmark Center One, Ste. 510, 315 E. Robinson Street, Orlando, FL 32801 (jwb@law-fla.com, KSM@law-fla.com).

                                           */s/ David D. Neiser*
                                           DAVID D. NEISER, ESQUIRE
                                           FBN: 0747645
                                           **DOLMAN LAW GROUP**
                                           800 N. Belcher Road
                                           Clearwater, FL 33765
                                           Telephone:   (727) 451-6900
                                           Facsimile:    (727) 451-6907
                                           Rule 2.156 Email:  pleadings@dolmanlaw.com
                                           *Attorneys for Plaintiff*