IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:16-CV-01889-Orl-28CI

LESLIE MILLIGAN,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant/Third-Party Plaintiff,

vs.

MICHAEL J. ROSNER, M.D.,

    Third-Party Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Parties, by and through their respective counsel, and HEREBY STIPULATE that Plaintiff, LESLIE MILLIGAN, Defendant/Third-Party Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and Third-Party Defendant, MICHEL J. ROSNER, M.D., agree to the dismissal of this matter, to include dismissal of all claims and third-party claims brought in this action, which dismissal is to be with prejudice, each party bearing its own attorneys' fees and costs.

Respectfully submitted this _18_, day of March, 2019.

| | |
|---|---|
| s/ David D. Neiser | *(signature)* #0980440 far |
| DAVID D. NEISER, ESQUIRE | DALE T. GOBEL, ESQUIRE |
| Florida Bar No. 0747645 | Florida Bar No. 980439 |
| Dolman Law Group | MICHELLE EVANS CONCEPCION, ESQUIRE |
| 800 N. Belcher Road | Florida Bar No. 027627 |
| Clearwater, FL 33765 | Gobel Flakes, LLC |
| Tel: (727) 451-6900 | 189 South Orange Ave. Suite 1430 |
| Facsimile: (727) 451-6907 | Orlando, FL 32801 |
| Attorney for Plaintiff, | (407) 455-5165 |
| LESLIE MILLIGAN | dgobel@gobelflakes.com |
| pleadings@dolmanlaw.com | mconcepcion@gobelflakes.com |
| Dave.neiser@dolmanlaw.com | scatineau@gobelflakes.com |
| | Attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |

*(signature)*

JOHN W. BOCCHINO, ESQUIRE
Florida Bar No. 0522759
KYLE MORAT, ESQUIRE
Florida Bar No. 0106514
1063 Maitland Center Commons Bvd.
Maitland, FL 32751
(407) 849-1060
OrlandoService@law-fla.com
jwb@law-fla.com
KSM@law-fla.com
E-Designation@law-fla.com
Attorneys for MICHAEL J. ROSNER, M.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __18__ day of March 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Courts which will send a copy by e-mail to the following: Dale T. Gobel, Esq., Michelle Evans Concepcion, Esq. Gobel Flakes, LLC., 189 South Orange Avenue, Suite 1430, Orlando, FL 32801 (dgobel@gobelflakes.com, mconcepcion@gobelflakes.com, scatineau@gobelflakes.com); John W. Bocchino, Esq., Kyle Morat, Esq., McLaughlin, McLaughlin, O'Hara, Bocchino and Bolin, P.A., 1063 Maitland Center Commons Blvd., Maitland, FL 32751 (jwb@law-fla.com, OrlandoService@law-fla.com, KSM@law-fla.com, E-Designation@law-fla.com).

*s/ David D. Neiser*
DAVID D. NEISER, ESQUIRE
FBN: 0747645
**DOLMAN LAW GROUP**
800 N. Belcher Road
Clearwater, FL 33765
Telephone:  (727) 451-6900
Facsimile:   (727) 451-6907
Rule 2.156 Email: pleadings@dolmanlaw.com
*Attorneys for Plaintiff*