# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LESLIE MILLIGAN,**

      Plaintiff,

v.                                      Case No: 6:16-cv-1889-Orl-28DCI

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

      Defendant/Third Party Plaintiff,

**MICHAEL J. ROSNER, M.D.,**

      Third Party Defendant.

## ORDER

In light of the Joint Stipulation for Dismissal with Prejudice (Doc. 96), the Clerk of the Court is directed to lift the administrative closure of this file and to then close this case.

**DONE** and **ORDERED** in Orlando, Florida, on March 19, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties